# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

January 28, 2022

**Application GRANTED.** The initial pretrial conference currently scheduled for February 1, 2022 is rescheduled to **March 7, 2022**, at **3:45 p.m.** The Clerk of Court is directed to terminate ECF No. 42. SO ORDERED.

*[Signature]*

January 31, 2022

**VIA CM/ECF**
Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   Norris v. LOL Stand Up Comedy Corp., et al.
       Case 1:21-cv-04820-JMF

Dear Judge Furman:

The undersigned represents the Plaintiff in the above-captioned case matter. The Initial Pretrial Conference in this matter is currently scheduled for February 2, 2022, at 4:15 p.m., in your Honor's Courtroom. However, Defendants have not yet appeared in this matter. The Complaint was recently amended in this case [D.E. 30], which was sent out for service through the Secretary of State. New addresses and principal names were located for service of the Landlord Defendants and Plaintiff will be serving them to the new addresses. In the interim, not only has the undersigned served through the Secretary of State, but has sent a courtesy copy of the Summons and Amended Complaint to all of the present Defendants to current and new addresses found. In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the Defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

Thank you for your consideration of this first adjournment request of the Amended Complaint hearing.

Thank you for your attention to this matter.

Sincerely,

By: /S/ B. Bradley Weitz
B. Bradley Weitz, Esq.
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877 Email:
bbw@weitzfirm.com